IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE MERRELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KINGFISHER CO. JAIL, and )<br>ELDON DICKSON, )<br>)<br>Defendants. ) | No. CIV-05-1269-T |

## **J U D G M E N T**

Pursuant to the Order adopting the magistrate's Report and Recommendation, this action is DISMISSED without prejudice to refiling.

Dated this  19th  day of September, 2006.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE